# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL S. NELSON

NO. 2020 KW 0541

**SEPTEMBER 3, 2020**

---

In Re:    Michael S. Nelson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 458757.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              JMM
                              MRT
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
           FOR THE COURT